# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2022

## NO. 03-21-00242-CV

**Vista Medical Center Hospital, Surgery Specialty Hospital of America, Southeast Houston and Vista Hospital of Dallas, Appellants**

**v.**

**Texas Mutual Insurance Company; Louisiana Pacific Corporation; American Home Assurance Co.; Texas Department of Transportation; State Office of Risk Management; Twin City Fire Insurance Company; Continental Casualty Company; Valley Forge Insurance Company; Transportation Insurance Company; Texas Hospital Insurance Exchange; Mid-Century Insurance Company; TPCIGA for United Pacific Insurance Co.; TPCIGA for Legion Insurance Co.; TPCIGA for Home Indemnity Co.; TPCIGA for Freestone Insurance f/k/a Dallas National Insurance Co.; National Fire Insurance; Hartford Underwriters Insurance Co.; National Fire Insurance Co. of Hartford; ACIG Insurance Co.; TPCIGA for Petrosurance Casualty Co.; TASB Risk Management Fund; Midwest Employers Casualty Co.; TPCIGA for Lumbermens Mutual Casualty Co.; National American Insurance Co.; Aberdeen Insurance Co.; Highlands Casualty Co.; TPCIGA for American Motorists Insurance Co.; Transcontinental Insurance Co.; United States Fire Insurance Co.; Reliance National Indemnity Co.; TPCIGA for Centennial Insurance Co.; American Casualty Co. of Reading, PA; Zenith Insurance Co.; Hartford Casualty Insurance Co.; TPCIGA for Credit General Indemnity; TPCIGA for Fremont Indemnity Co; TPCIGA for Paula Insurance Co.; Ace Insurance Co. of Texas; Ace American Insurance Co.; Lockheed Martin Corp.; Insurance Co. of the State of PA; International Paper Co.; Lowes Home Center, Inc.; Pacific Employers Insurance Co.; American Zurich Insurance Co.; Fireman's Fund Insurance Co.; American Insurance Co.; Federal Insurance Co.; Kmart Corp.; Great Northern Insurance Co.; Onebeacon Insurance Co.; Liberty Mutual Fire Insurance Co.; Liberty Insurance Corp.; Liberty Mutual Insurance Co.;American States Insurance Co. of Texas; Employers Insurance Co. of Wausau; Service Lloyds Insurance Co.; Texas Association of Counties RMP; LM Insurance Corp.; Wausau Business Insurance Co.; JC Penny Corporation, Inc.; Zurich American Insurance Co.; Sentry Insurance a Mutual Company; Sentry Select Insurance Co.; Dallas I.S.D., self-insured; Albertson's, Inc., self-insured; RCH Protect Cooperative; Commerce & Industry Insurance Co.; Illinois National Insurance Co.; Fidelity & Guaranty Insurance Co.; Facility Insurance Corp.; City of Pasadena, self-insured; City of Rowlett, self-insured, City of Hempstead, self-insured; Employers Mutual Casualty Co.;**

**American Guarantee & Liability Ins.; Gray Insurance Co.; East Texas Educational Insurance Association, self-insured; Harbor Specialty Insurance Co.; New Hampshire Insurance Co.; Bitco General Insurance Corp., formerly Bituminous Casualty Corp.; America First Lloyds Insurance Co.; Arrowood Indemnity Co. for Royal Insurance Co. of America WC Solutions; Old Glory Insurance Co.; Old Republic Insurance Co.; Houston General Insurance Co.; Beaumont I.S.D., self-insured; Arrowood Indemnity Co. for Security Insurance Co. of Hartford; Target Corp.; Federated Mutual Insurance Co.; St. Paul Fire & Marine Insurance Co.; Indemnity Insurance Co. of North America; Dallas County; Bankers Standard Insurance Co.; Travelers Indemnity Co. of Connecticut; Travelers Casualty and Surety Co.; Travelers Indemnity Co. of America; Travelers Property Casualty Co.; Phoenix Insurance Co.; Wausau Underwriters Ins. Co., Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on May 13, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.